# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

KEVIN JONES, JR., ) No. CV 10-5071-GW (PLA)
)
        Petitioner, ) **ORDER ADOPTING MAGISTRATE**
) **JUDGE'S FINAL REPORT AND**
        v. ) **RECOMMENDATION**
)
K. HARRINGTON, Warden, )
)
        Respondent. )
_____)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation. The Court agrees with the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.    The final report and recommendation is adopted.

      2.    Judgment shall be entered consistent with this order.

      3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: May 28, 2013

                                                    HONORABLE GEORGE H. WU
                                                    UNITED STATES DISTRICT JUDGE