UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN JONES, JR., | ) | No. CV 10-5071-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 28, 2013

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE